STATE OF NEW JERSEY v. WILLIAM HAYES.

December 22, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES HAMPTON.

December 22, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE MANUEL FELIX.

December 22, 1981.

Petition for certification denied.

MURIEL NOCHENSON v. ALVIN NOCHENSON.

December 22, 1981.

Petition for certification denied.

TERRY M. BAKER v. ROBERT C. BAKER.

December 22, 1981.

Petition for certification denied.